UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN ENERGY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-02127-RDM |
| ) | |
| DAVID BERNHARDT, in his official capacity ) | |
| as Secretary of the Interior, and U.S. OFFICE ) | |
| OF SURFACE MINING RECLAMATION ) | |
| AND ENFORECEMENT, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATED MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Western Energy Company ("Western Energy") and the Federal Defendants (collectively, the "Parties") move for a stipulated dismissal of this action. Western Energy claimed in this case that the Office of Surface Mining Reclamation and Enforcement ("OSMRE") violated the Administrative Procedure Act and the National Environmental Policy Act in excluding 74 acres of mineable coal from Western Energy's mine plan modification for the Rosebud Mine. The Parties have reached an acceptable resolution of Western Energy's claims and Western Energy has since determined that it is appropriate to withdraw its challenge.

Provided that the Montana Department of Environmental Quality issues a permit authorizing mining operations that includes the 74 acres, Western Energy may at a future date request approval of a mine plan modification to allow for mining within the 74-acres, which application will be evaluated by OSMRE under the governing statutory and regulatory requirements at that point in time.

1

The Parties therefore respectfully request that the Court dismiss this case, with each of the Parties bearing its own costs and attorneys' fees.

Respectfully submitted
this 31st day of December, 2020.

| | |
|---|---|
| John C. Martin, # 358679<br>Susan M. Mathiascheck, # 426764<br>HOLLAND & HART LLP<br>901 K Street, Suite 850<br>Washington, DC 20001<br>Phone: (202) 654-6915<br>Fax: (202) 393-6551<br>jcmartin@hollandhart.com<br>smmathiascheck@hollandhart.com<br><br>Kristina (Tina) R. Van Bockern,<br>*Pro Hac Vice*<br>HOLLAND & HART LLP<br>555 Seventeenth Street, Suite 3200<br>Denver, CO  80202<br>Phone:  (303) 295-8107<br>trvanbockern@hollandhart.com<br><br>*/s/ Hadassah Reimer*<br>Hadassah (Dessa) Reimer<br>*Pro Hac Vice*<br>Holland & Hart LLP<br>P.O. Box 68<br>Jackson, WY  83001-0068<br>Phone:  (307) 739-9741<br>Fax:  (307) 739-9744<br>hmreimer@hollandhart.com<br><br>**ATTORNEYS FOR PLAINTIFF WESTERN ENERGY COMPANY** | JEAN E. WILLIAMS<br>Deputy Assistant Attorney General<br>CAITLIN CIPICCHIO, Trial Attorney<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>Phone: (202) 305-0503<br>Fax: (202) 305-0506<br>Email: Caitlin.cipicchio@usdoj.gov<br><br>*/s/ Michelle-Ann Williams (with permission)*<br>MICHELLE-ANN C. WILLIAMS<br>Trial Attorney (MD Bar)<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>Ben Franklin Station, P.O. Box 7611<br>Washington, DC 20044-7611<br>Phone: (202) 305-0420<br>Fax: (202) 305-0506<br>Email: michelle-ann.williams@usdoj.gov<br><br>**ATTORNEYS FOR FEDERAL DEFENDANTS** |

15876871_v1